UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10019-CR-KING

UNITED STATES OF AMERICA,

vs.

RAMON BARRABI-PUENTES,

       Defendant.
_____/

US Security Trust, Inc.,

       Petitioner/Claimant.
_____/

## ORDER RATIFYING SETTLEMENT AGREEMENT
## BETWEEN US SECURITY TRUST, INC. AND THE UNITED STATES

THIS CAUSE, having come on before the Court upon oral motion of the United States of America at sentencing for the ratification of the Settlement, Indemnification and Hold Harmless Agreement between the United States and US Security Trust, Inc. [DE #568], and the Court having previously entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 982(a)(6) and Title 8, United States Code, Section 1324(b) [DE #512] forfeiting defendant RAMON BARRABI-PUENTES' interest in certain properties, including the property which is the subject of the Settlement, Indemnification and Hold Harmless Agreement, and the Court having inquired of defendant RAMON BARRABI-PUENTE regarding his position on the motion, and the defendant having stated he had no objection, and the Court having reviewed the record and for good cause shown, it is hereby

ORDERED and ADJUDGED that:

1. The Settlement, Indemnification and Hold Harmless Agreement entered into between the United States and US Security Trust, Inc. [DE #568] is hereby ratified and approved. Defendant BARRABI-PUENTES was stripped of his right, title and interest in the real property located at 216 Banyan Lane, Tavernier, Florida. The United States stands in Defendant BARRABI-PUENTES' shoes with respect to that property. US Security Trust, Inc.'s interest in the real property located at 216 Banyan Lane, Tavernier, Florida is superior to that of the United States.

2. A Final Order of Forfeiture regarding defendant RAMON BARRABI-PUENTES will be pronounced as part of defendant's sentence and will be incorporated into the Judgment and Commitment Order entered against defendant RAMON BARRABI-PUENTES.

DONE AND ORDERED at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida this 25th day of June 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE